EUGENE R. MULLIGAN et al., Respondents, *v.* ANGELA FIORAVERA, Appellant.

(Argued October 16, 1930; decided November 18, 1930.)

*Homer I. Harris, Harry M. Peyser* and *David Berg* for appellant.

*Eugene L. Brisach, Howard C. Kelly* and *John H. Finn* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.